UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Alanea White,

        Plaintiff,

vs.

Northstar Media, Inc.

        Defendant.

Case No: 21-cv-2770 (KMM/LIB)

**RENEWED JOINT MOTION TO APPROVE SETTLEMENT (ORIGINALLY FILED AS ECF DOCUMENT 8)**

---

To: The Honorable Katherine M. Menendez, Judge of U. S. District Court:

    Plaintiff, Alanea White and Defendant, Northstar Media, Inc., by and through their respective counsel, hereby jointly move the Court for an Order:

1. Approving the parties' Stipulation of Settlement; and
2. Dismissing, with Prejudice, the Complaint herein.

    This Joint Motion is based upon 29 U.S.C. § 216, *Barbee v. Big River Steel, LLC*, 927 F.3d 1024 (8th Cir. 2019), and the supporting documents filed and served in accordance with Local Rules, and upon the files, records, and proceedings herein.

Dated this 28th day of January 2022

| | |
|---|---|
| *s/Donald C. Erickson* | *s/MarkR. Anfinson* |
| Donald C. Erickson (#27157) | Mark Anfinson (#2744) |
| derickson@fryberger.com | mranfinson@lawyersofminnesota.com |
| 302 W. Superior St., Ste. 700 | Uptown Professional Building |
| Duluth, MN 55802 | 3109 Hennepin Ave. S. |
| | Minneapolis, MN 55408 |
| 218.391.0145 (Telephone) | 612.827.5611 (Telephone) |
| 218.625.9252 (Private E-Fax) | |
| **Attorneys for Alanea White** | **Attorney for Northstar Media, Inc.** |