# UNITED STATES DISTRICT COURT
## District of Minnesota

Alanea White,

**JUDGMENT IN A CIVIL CASE**

    Plaintiff(s)

v.                                        Case Number: 21-cv-2770 KMM/LIB

Northstar Media, Inc.,

    Defendant(s)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

1. The parties' motion for approval of settlement, (Dkt. 17), is **GRANTED.**

2. The matter is **DISMISSED WITH PREJUDICE.**

Date: 7/25/2022                                                            KATE M. FOGARTY, CLERK